IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRENDA L. BOWERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 13-837-SLR ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Administration, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 9th day of March, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on February 12, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 23) is adopted.

2. Plaintiff's motion for summary judgment (D.I. 15) is granted.

3. Defendant's motion for summary judgment (D.I. 18) is denied.

IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of plaintiff and against defendant and that benefits shall be awarded to plaintiff Brenda L. Bowers.

United States District Judge